UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:94-cr-00251-GEB-GGH |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| ALVARO DOMARCO-SANCHEZ, | |
| Defendant. | |

On February 2, 2015, Defendant Alvaro Domarco-Sanchez filed, in pro per, a motion for the modification of his sentence under 18 U.S.C. § 3582(c)(2). (ECF No. 315.) On May 4, 2015, the Office of the Federal Defender filed a notice stating it "does not recommend appointment of counsel" concerning the referenced motion. (ECF No. 319.)

The government is requested to file a written response to Defendant's motion as soon as practicable, but no later than September 21, 2015.

Dated: September 11, 2015

GARLAND E. BURRELL, JR.
Senior United States District Judge

1